# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHARI J. GYLLING

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE
Commissioner of Social Security

CASE NUMBER: C06-5642FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. The ALJ erred in his decision as described in the report.

3. The matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

September 5, 2007
BRUCE RIFKIN
Clerk

s/ D. Forbes
By, Deputy Clerk